[Nos. 66615-1-I; 66910-9-I.   Division One.   April 30, 2012.]

*In the Matter of the Marriage of* KARI P. MAYO, *Respondent,*
and MARK B. MAYO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-3-05216-0, Dean Scott Lum, J., entered January 27, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 67107-3-I.   Division One.   April 30, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. K.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 10-8-03897-5, Christopher A. Washington, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Schindler and Lau, JJ.

[No. 67228-2-I.   Division One.   April 30, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. M.G., *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 11-8-05006-1, Stewart R. Andrew, J. Pro Tem., entered May 12, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Lau, JJ.

[No. 40730-2-II.   Division Two.   May 1, 2012.]

LARRY DAY, *Appellant,* v. PIERCE COUNTY PROSECUTING
ATTORNEY'S OFFICE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-16411-3, Ronald E. Culpepper, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.